IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DANIEL D. DIAZ-HUERTA,

    Plaintiff,

v.                                                       No 14-cv-0535 JB/SMV

PATRICK R. DONAHOE, Postmaster
General of the United States Postal Service,

    Defendant.

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court sua sponte.  Plaintiff filed his Complaint against Defendant on June 6, 2014.  [Doc. 1] at 1.  Pursuant to Fed. R. Civ. P. 4(m), Plaintiff had 120 days from filing the Complaint within which to effect service of process.  There is no indication on the record that service of process has been properly effected with respect to the Defendant.[1]

**IT IS THEREFORE ORDERED** that Plaintiff show good cause why his claims against Defendant should not be dismissed without prejudice for failure to comply with the service provision of Rule 4(m).  Plaintiff shall file his response within **21 days** of entry of this Order.

**IT IS SO ORDERED.**

_____
    STEPHAN M. VIDMAR
    United States Magistrate Judge

---

[1] Plaintiff filed a return of service on October 17, 2014, indicating that Defendant was served on October 1, 2014.  [Doc. 11].  However, the summons appears improper.  *See* Fed. R. Civ. P. 4(a)(1).